UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-213 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSMAN MICHELL KARRIEM,<br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-213 JRT

Defendant Name

OSMAN MICHELL KARRIEM

Remove AUSA

David Steinkamp

Add AUSA

Michael A. Dees

Dated: March 18, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Michael A. Dees
BY: MICHAEL A. DEES
Assistant U.S. Attorney